IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KYRON WATKINS   PETITIONER
ADC #122441

V.   5:11cv00217 JMM-JTR

RAY HOBBS, Director,   RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response (docket entry #6) arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are barred by the one-year statute of limitations, are procedurally defaulted due to Petitioner's failure to properly raise them in state court, or were reasonably adjudicated by the state courts. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before October 28, 2011,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 28th DAY OF September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE