IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


KYRON WATKINS                                                             PETITIONER
ADC #122441

V.                                  5:11cv00217 JMM-JTR

RAY HOBBS, Director,                                                      RESPONDENT
Arkansas Department of Correction



## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. Plaintiff requested additional time to file an exhibit which the Court granted on December 28, 2011.  Although the Court has waited thirty (30) days, Plaintiff has failed to file the exhibit.

After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (docket entry #2) is **denied**, and this case is **dismissed**

**with prejudice**.  IT IS FURTHER ORDERED THAT a Certificate of Appealability

is **denied** pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the

United States District Courts.

DATED this 31st day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE