IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KYRON WATKINS                                                              PETITIONER
ADC #122441

V.                               5:11cv00217 JMM-JTR

RAY HOBBS, Director,                                                       RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 31st day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE